

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of James W. Fisher, Deceased

No. 06-13-00106-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2011-16,479-CCL).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellants, Sheila N. Fisher and Carlos Garcia, III, pay all costs of this appeal.

RENDERED JANUARY 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk